UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
JULIE SU, Acting Secretary of Labor,        *
United States Department of Labor,          *
                                            *
                    Plaintiff,              *
                                            *        CIVIL ACTION
        v.                                  *
                                            *        3:21-cv-00401-VAB
CARECO SHORELINE, INC., d/b/a CARECO        *
and HELGA PFANNER, Individually,            *
                                            *
                                            *
                    Defendants.             *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

The Secretary of Labor, United States Department of Labor, and Defendants Careco

Shoreline, Inc. and Helga Pfanner hereby move the Court to approve the Consent Judgment and

Order attached hereto as Attachment A.

FOR DEFENDANTS CARECO
SHORELINE, INC., and HELGA
PFANNER:

Michael Harrington, Esquire
Ford Harrison
City Place II
185 Asylum Street, Suite 820
Hartford, CT 06103
TEL: 860-740-1366
MHarrington@fordharrison.com

Dated: _____August 3_____, 2023

FOR PLAINTIFF:

Seema Nanda
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Counsel for Wage and Hour

*/s/ James Glickman*
James Glickman
Senior Trial Attorney
Glickman.james@dol.gov
MA BBO No. 555770

U.S. Department of Labor
Attorneys for Plaintiff
Post Office Address:
JFK Federal Building—Room E-375
Boston, Massachusetts 02203
TEL: (617) 565-2500
FAX: (617) 565-2142

Dated: _____August 3_____, 2023

CERTIFICATE OF SERVICE

I hereby certify that this document and its attachments, filed through the CM/ECF system on

August 3, 2023, shall be sent electronically to all registered participants as identified on the Notice

of Electronic Filing.

*/s/ James Glickman*
James Glickman